ACCEPTED
06-15-00061-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/26/2015 11:34:05 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:  06-15-00061-CR

Appellate Case Style: Style:  Bobby Clark

Vs.  State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/26/2015 11:34:05 AM
DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Bobby | ☒ Lead Attorney |
| Middle Name: Eugene | First Name: Jonathan |
| Last Name: Clark | Middle Name: Whitlock |
| Suffix: | Last Name: Wharton |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed   ☐ District/County Attorney |
| Pro Se:  ◯ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Snow E. Bush Jr., P.C. |
| | Address 1: 420 N. Center Street |
| | Address 2: |
| | City: Longview |
| | State: Texas   Zip+4: 75601 |
| | Telephone: (903) 753-7006   ext. |
| | Fax: (903) 753-7278 |
| | Email: jonathanwharton1@sbcglobal.com |
| | SBN: 24075764 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☒ Lead Attorney |
| Middle Name: | First Name: Zan |
| Last Name: | Middle Name: Colson |
| Suffix: | Last Name: Brown |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: 101 E. Methvin St., Suite 333 |
| | Address 2: |
| | City: Longview |
| | State: Texas Zip+4: 75601 |
| | Telephone: (903) 236-8440 ext. |
| | Fax: (903) 236-8490 |
| | Email: Zan.Brown@co.gregg.tx.us |
| | SBN: 03205900 |

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 21, 2015

Offense charged: Indecency w/Child Sexual Contact

Date of offense: September 29, 2012

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?
☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: April 22, 2015

If mailed to the trial court clerk, also give the date mailed :

April 21, 2015

Punishment assessed: 7 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No  If yes, date filed:

Other: ☐ Yes ☐ No  If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA  If yes, date filed: April 30, 2015

Date of hearing: ☒ NA

Date of order: ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA  If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 124th District Court

County: Gregg

Trial Court Docket Number (Cause no): 42863-B

Trial Court Judge (who tried or disposed of the case):

First Name: F.

Middle Name: Alfonso

Last Name: Charles

Suffix:

Address 1: 101 E. Methvin, Suite 447

Address 2:

City: Longview

State: Texas    Zip + 4: 75601

Telephone: (903) 236-1765   ext.

Fax: (903) 237-0747

Email: Terri.Shepherd@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☐ Yes ☒ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: 4/23/2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter     ☐ Court Recorder
☒ Official              ☐ Substitute

First Name: Tina

Middle Name: Anders

Last Name: Campbell

Suffix:

Address 1: 101 E. Methvin, Suite 447

Address 2:

City: Longview

State: Texas    Zip + 4: 75601

Telephone: (903) 236-1765   ext.

Fax: (903) 236-0747

Email: alfonso.charles@co.gregg.tx.us

| | |
|---|---|

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]     Court: [                    ]

Style: [                    ]

Vs.  State of Texas

## X. Signature

_____
Signature of counsel (or Pro Se  Party)

Date:  May 26, 2015

_____
Printed Name:

State Bar No: 24075764

Electronic Signature:  /s/ Jonathan Wharton
     (Optional)

Name:  Jonathan Wharton

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  May 26, 2015  .

_____
Signature of counsel (or pro se party)

Electronic  Signature:  /s/ Jonathan Wharton
     (Optional)

State Bar No.:  24075764

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 26, 2015

Manner Served: Certified Mail

First Name: Zan

Middle Name: Colson

Last Name: Brown

Suffix:

Law Firm Name: Gregg County District Attorney

Address 1: 101 E. Methvin Street, Suite 333

Address 2:

City: Longview

State Texas                    Zip+4: 75601

Telephone: (903) 236-8440      ext.

Fax: (903) 236-8490

Email: Zan.Brown@co.gregg.tx.us